IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL W. GAMBILL,**

    **Plaintiff,**

**v.**

**WERNER CO. and
STANLEY BLACK &
DECKER, INC.,**

    **Defendants.**                                **Case No. 10-cv-459-DRH**

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind Defendant of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** defendant Werner Company to file its disclosure statement within ten (10) days from the date of issuance of this Order. Any and all other corporate parties to this action shall also file their corporate disclosure statement upon entry of appearance in this action.

    **IT IS SO ORDERED.**

    Signed this 6th day of October, 2010.

                                       /s/   David R Herndon
                                       **Chief Judge
                                       United States District Court**